UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
 In re HAL LUFTIG COMPANY, INC.,          :          24cv166 (DLC)
                                          :
                           Debtor.        :            ORDER
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    On March 28, 2024, the debtor filed a motion to certify an

appeal.  Accordingly, it is hereby

    ORDERED that any opposition to the debtor's motion shall be

filed by April 11, 2024.  The debtor's reply, if any, shall be

filed by April 18.  At the time any reply is filed, the moving

party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States

Courthouse, 500 Pearl Street, New York, New York.


Dated:    New York, New York
          March 28, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge